**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

July 18, 2007

Mr. William Hoey
Deputy Clerk
Juvenile Matters at Waterbury
83 Prospect Street
Waterbury, CT 06702

      Re: Case Name: USA v Philip A. Giordano, et al
           Number: 3:01cr216 (AHN)

Dear Attorney:

As the above matter has been disposed of in this court:

The administrative record is too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for the administrative record to be picked up.

If it is not picked up by August 1, 2007, the administrative record will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

                         Sincerely,

                         Kevin F. Rowe, Clerk

                         BY __/s/_____
                             Alice Montz (203) 579-5952
                             Deputy Clerk

ACKNOWLEDGMENT:_____    DATE: _____